IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.                                                                                                   1:14-cv-00884-MCA-LF

ROARK-WHITTEN HOSPITALITY 2, LP
d/b/a Whitten Inn, and JAI HANUMAN, LLC,
d/b/a Whitten Inn Taos and/or El Camino Lodge,
SGI, LLC, d/b/a El Camino Lodge,

        Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 2, 2017. Doc. 187. The proposed findings notified the parties of their ability to file objections within fourteen (14) days, and that failure to do so waived appellate review. *Id*. at 11. To date, the parties have not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

    IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 187) are adopted;

2. Judgment by default on all issues of liability is entered in favor of the plaintiff EEOC against defendants Roark-Whitten Hospitality 2, LP, and Jai Hanuman, LLC; and

3. A hearing under Rule 55(b)(2) for the purpose of determining the amount of damages for which defendants Roark-Whitten Hospitality 2, LP, and Jai Hanuman, LLC, are liable, and whether any injunctive relief is appropriate, will be set by a separate notice of this Court.

                                                                                         Chief United States District Judge