IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CIV No. 1:14-cv-00884-PJK-LF ) |
| ROARK-WHITTEN HOSPITALITY 2, LP, d/b/a WHITTEN INN, and SGI, LLC d/b/a EL CAMINO LODGE, | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION OF PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND DEFENDANT RW2, LLC, TO DEPOSIT SETTLEMENT AMOUNT INTO COURT**

The Joint Motion of Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Roark-Whitten Hospitality 2, LP ("RW2") to Deposit Settlement Amount into Court filed June 23, 2023 (ECF No. 305) (the "Motion") is GRANTED, and it is ORDERED:

1. Within thirty (30) days of the entry of this Order, RW2 shall pay to the Clerk of the Court the amount of sixty-five thousand dollars ($65,000.00) (the "total settlement amount"), and the EEOC shall provide to the Clerk the information specified in in D.N.M.LR-Civ. 67.l(a) for the eleven aggrieved individuals named in the Settlement Agreement (Exhibit A to the Joint Motion); specifically, the EEOC will provide names of the aggrieved individuals and the required information as set forth in Exhibit B to the Joint Motion, being the *EEOC Distribution List*.

2. After receiving the payment from RW2 described in paragraph 1, above, and

1

after receiving the Distribution List from the EEOC and any other such information specified in D.N.M.LR-Civ. 67.l(a), the Clerk shall request the U.S. Treasury Department to distribute the total settlement amount of sixty-five thousand dollars ($65,000.00) in amounts set forth in the EEOC's Distribution List to the eleven aggrieved individuals at the addresses provided by the EEOC and as specified by the Clerk.

3. Upon the parties' confirmation of payment to the aggrieved individuals by U.S. Treasury Department, the parties will execute and file a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii).

4. The Court will retain jurisdiction of this matter for sixty (60) days after the entry of this Order for the purpose of enforcing this Agreement.

**IT IS SO ORDERED.**

DATE:  June 23, 2023         /s/ Paul Kelly, Jr.
                              United States Circuit Judge
                              Sitting by Designation

Approved as to Form:

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ROARK-WHITTEN HOSPITALITY 2, LP |
| Jeff A. Lee<br>Senior Trial Attorney<br>Lucia Moran<br>Trial Attorney<br><br>Albuquerque Area Office<br>500 Gold Ave NW, Suite 6401<br>POB 128<br>Albuquerque, New Mexico 87103<br>(505) 738-6723<br>jeff.lee@eeoc.gov<br><br>*Attorneys for Plaintiff EEOC* | Carter B. Harrison, IV<br>Nicholas Hart<br>HARRISON, HART & DAVIS<br>924 Park Ave SW, Ste E<br>Albuquerque, NM 87102<br>(505)295-3261<br>carter@harrisonhartlaw.com<br><br>*Attorneys for Defendant Roark-Whitten Hospitality 2, LP* |